1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7



**FILED**

**Nov 04, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:            CASE NO.    2:22-sw-0818 KJN

12  Nine Google Email Accounts, Beginning      ORDER COMMANDING GOOGLE, LLC NOT TO
    with catherineannegillum@gmail.com         NOTIFY ANY PERSON OF THE EXISTENCE OF
13  THAT ARE STORED AT PREMISES                WARRANT
    CONTROLLED BY GOOGLE LLC
14
                                               **UNDER SEAL**
15

16        The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

17  the Court issue an Order commanding GOOGLE, LLC, an electronic communication service provider

18  and/or a remote computing service, not to notify any person (including the subscribers and customers of

19  the accounts listed in the warrant) of the existence of the attached warrant for a period of 180 days from

20  the date of this Order.

21        The Court determines that there is reason to believe that notification of the existence of the

22  attached warrant will seriously jeopardize the investigation by giving the targets an opportunity to flee

23  from prosecution and destroy or tamper with evidence.  *See* 18 U.S.C. § 2705(b).

24        IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, LLC shall not

25  disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any

26  other person, for 180 days from the date of this order, except that GOOGLE, LLC may disclose the

27  attached warrant to an attorney for GOOGLE, LLC for the purpose of receiving legal advice.

28  ///

    [PROPOSED] ORDER
                                          1

1        IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

2   ordered by the Court.

3

4

5   Dated:   11/04/22

6                               The Honorable Kendall J. Newman
                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER