PHILLIP A. TALBERT
United States Attorney
JUSTIN LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
May 02, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: Nine Google Email Accounts, Beginning with catherineannegillum@gmail.com | CASE NO. 2:22-SW-0818-KJN [PROPOSED] ORDER TO PRECLUDE NOTICE PURSUANT TO 18 U.S.C. § 2705(b) **UNDER SEAL** |
|---|---|

**ORDER**

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), GOOGLE, INC shall not disclose the existence of the search warrant, the application, or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the underlying search warrant will seriously jeopardize the investigation or unduly delay a trial, including: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and/or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, INC shall not disclose the existence of the underlying search warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except

that GOOGLE, INC may disclose the search warrant to an attorney for GOOGLE, INC for the purpose of receiving legal advice.

     IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated:    May 2, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE